# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### *SAN JOSE DIVISION*

### THE UNITED STATES OF AMERICA

#### vs

### PETER KARASEV

FILED

OCT 19 2023

CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIF.

CR 23     00364 BLF

## INDICTMENT

COUNT ONE:      18 U.S.C. § 1366(a) – Destruction of an Energy Facility

COUNT TWO:      18 U.S.C. § 1366(a) – Destruction of an Energy Facility

COUNT THREE:    18 U.S.C. § 844(h) – Use of Fire or an Explosive to Commit a Federal Felony

*A true bill.*

_____
*Foreperson*

*Filed in open court this*  __19__  *day of*  __October__  *A.D. 202__3_

_____
*United States Magistrate Judge*

**Bail. $**  __No bail arrest warrant__



1  ISMAIL J. RAMSEY (CABN 189820)
   United States Attorney

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10                        SAN JOSE DIVISION

11  UNITED STATES OF AMERICA,            )  CASE NO.  CR 23  00364 BLF
                                          )
12          Plaintiff,                    )  VIOLATIONS:
                                          )  18 U.S.C. § 1366(a) – Destruction of an Energy
13      v.                                )  Facility; 18 U.S.C. § 844(h) – Use of Fire or an
                                          )  Explosive to Commit a Federal Felony; and
14  PETER KARASEV,                        )  18 U.S.C. §§ 844(c), 981(a)(1)(C), and 982(a)(2)(B)
                                          )  and 28 U.S.C. § 2461(c) – Forfeiture Allegation
15          Defendant.                    )
                                          )
16  _____

17                         I N D I C T M E N T

18  The Grand Jury charges:

19  COUNT ONE:          (18 U.S.C. § 1366(a) – Destruction of an Energy Facility)

20      On or about December 8, 2022, in the Northern District of California, the defendant,

21                            PETER KARASEV,

22  did knowingly and willfully damage the property of an energy facility, that is, a PG&E transformer,

23  located at or near 5361 Thornwood Drive in San Jose, California, and attempted to cause and caused a

24  significant interruption and impairment of a function of that energy facility, all in violation of Title 18,

25  United States Code, Section 1366(a).

26  COUNT TWO:          (18 U.S.C. § 1366(a) – Destruction of an Energy Facility)

27      On or about January 5, 2023, in the Northern District of California, the defendant,

28

    INDICTMENT

1    PETER KARASEV,

2  did knowingly and willfully damage the property of an energy facility, that is, a PG&E transformer,

3  located at or near 6105 Snell Avenue in San Jose, California, and attempted to cause and caused a

4  significant interruption and impairment of a function of that energy facility, all in violation of Title 18,

5  United States Code, Section 1366(a).

6  <u>COUNT THREE:</u>     (18 U.S.C. § 844(h) – Use of Fire or an Explosive to Commit a Federal Felony)

7    On or about January 5, 2023, in the Northern District of California, the defendant,

8    PETER KARASEV,

9  knowingly used fire and an explosive to commit a felony which may be prosecuted in a court of the

10  United States, namely, the destruction of an energy facility in violation of Title 18, United States Code,

11  Section 1366(a), as charged in Count Two of this Indictment.

12    All in violation of Title 18, United States Code, Section 844(h).

13  <u>FORFEITURE ALLEGATION:</u>     (18 U.S.C. §§ 844(c), 981(a)(1)(C), and 982(a)(2)(B) and 28

14  U.S.C. § 2461(c))

15    The allegations contained in this Indictment are re-alleged and incorporated by reference for the

16  purpose of alleging forfeiture pursuant to Title 18, United States Code, Sections 844(c), 981(a)(1)(C),

17  and 982(a)(2)(B), and Title 28, United States Code, Section 2461(c).

18    Upon conviction of the offenses set forth in Counts One and Two of this Indictment, the

19  defendant,

20    PETER KARASEV,

21  shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section

22  981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which

23  constitutes or is derived from proceeds traceable to the offenses.

24    Upon conviction of the offense set forth in Count Three of this Indictment, the defendant,

25    PETER KARASEV,

26  shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section

27  982(a)(2)(B), any property constituting, or derived from, proceeds obtained, directly or indirectly, as a

28  result of such violation(s), and pursuant to Title 18, United States Code, Section 844(c) and Title 28,

INDICTMENT                    2

1  United States Code, Section 2461(c), any explosive materials involved or used or intended to be used in

2  the violation.

3      If any of the property described above, as a result of any act or omission of the defendant:

4          a.      cannot be located upon exercise of due diligence;

5          b.      has been transferred or sold to, or deposited with, a third party;

6          c.      has been placed beyond the jurisdiction of the court;

7          d.      has been substantially diminished in value; or

8          e.      has been commingled with other property which cannot be divided without

9                  difficulty,

10  the United States of America shall be entitled to forfeiture of substitute property pursuant to Title 21,

11  United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c).

12      All pursuant to Title 18, United States Code, Sections 844(c), 981(a)(1)(C), and 982(a)(2)(B),

13  Title 28, United States Code, Section 2461(c), and Federal Rule of Criminal Procedure 32.2.

14

15  DATED:  October 19th, 2023          A TRUE BILL.

16

17                                      _____

18                                      FOREPERSON

19  ISMAIL J. RAMSEY
    United States Attorney

20

21  _____

22  ANDREW LIAO
    Assistant United States Attorney

23

24

25

26

27

28

    INDICTMENT                    3

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT   ☐ INFORMATION   ☒ INDICTMENT
☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

### OFFENSE CHARGED

Counts 1 & 2 - 18 U.S.C. § 1366(a) – Destruction of an Energy Facility

Count 3 - 18 U.S.C. § 844(h) – Use of Fire or an Explosive to Commit a Federal Felony

☐ Petty
☐ Minor
☐ Misde-meanor
☒ Felony

PENALTY:   Counts 1 and 2 - Maximum: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.
Count 3 - Minimum: 10 years custody consecutive to other sentence; Maximum: 20 years imprisonment; $250,000 fine; 3 years supervised release; $100 special assessment.

┌─ DEFENDANT - U.S ─
▶ PETER KARASEV

DISTRICT COURT NUMBER

*FILED*

*CR 23   C00364*

CLERK, U.S...
NORTH... DISTRICT OF CALIFORNIA

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)
FBI

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrp 20, 21, or 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. ATTORNEY   ☐ DEFENSE

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

MAGISTRATE CASE NO.

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

Name and Office of Person Furnishing Information on this form   Ismail J. Ramsey

☒ U.S. Attorney   ☐ Other U.S. Agency

Name of Assistant U.S. Attorney (if assigned)   Andrew Liao; Annie Hsieh

### DEFENDANT

**IS NOT IN CUSTODY**
Has not been arrested, pending outcome this proceeding.
1) ☐ If not detained give date any prior summons was served on above charges ▶

2) ☐ Is a Fugitive

3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☒ On this charge

5) ☐ On another conviction   ☐ Federal   ☒ State

6) ☒ Awaiting trial on other charges
If answer to (6) is "Yes", show name of institution

Has detainer been filed?   ☐ Yes   ☐ No
If "Yes" give date filed

DATE OF ARREST ▶   Month/Day/Year   03/01/23

Or... if Arresting Agency & Warrant were not

DATE TRANSFERRED TO U.S. CUSTODY ▶   Month/Day/Year

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

PROCESS:
☐ SUMMONS   ☐ NO PROCESS*   ☒ WARRANT   Bail Amount: None

If Summons, complete following:
☐ Arraignment   ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time:                    Before Judge:

Comments: