UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　　　Plaintiff,<br>　　v.<br>PETER KARASEV,<br>　　　　　　Defendant. | Case No. 23-cr-00364-BLF-1   (VKD)<br><br>**DETENTION ORDER** |

On November, 7, 2023, defendant Peter Karasev appeared for arraignment on the indictment in this matter. The United States moved for detention pending trial. Mr. Karasev advised that he does not oppose the motion and submits to detention at this time. As stated on the record, the Court orders Mr. Karasev detained pending trial.

Mr. Karasev is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. Mr. Karasev shall be afforded a reasonable opportunity for private consultation with defense counsel. On order of a court of the United States or on the request of an attorney for the government, the person in charge of the corrections facility shall deliver Mr. Karasev to the United States Marshal for the purpose of appearances in connection with court proceedings.

//

//

//

//

**IT IS SO ORDERED.**

Dated: November 7, 2023

*Virginia K. DeMarchi*
VIRGINIA K. DEMARCHI
United States Magistrate Judge