# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| USA,<br><br>            Plaintiff,<br><br>   v.<br><br>PETER KARASEV,<br><br>            Defendant. | Case No. 23-cr-00364-BLF-1<br><br>**ORDER REFERRING STIPULATION AND PROPOSED ORDER TO MAGISTRATE JUDGE**<br><br>[Re: ECF No. 9] |

The parties' Stipulation and Protective Order (ECF No. 9) is hereby REFERRED to Magistrate Judge Virginia K. DeMarchi.

**IT IS SO ORDERED.**

Dated: November 27, 2023

_____
BETH LABSON FREEMAN
United States District Judge