JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:  Dejan_Gantar@fd.org

Counsel for Defendant KARASEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER KARASEV,<br><br>Defendant. | Case No.: 23-CR-364 BLF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

Defendant Peter Karasev, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Anne Hsieh, respectfully request that the status conference currently scheduled for January 30, 2024, be continued until March 26, 2024.

The parties make the instant request because the defense requires additional time to continue its review of discovery in this matter. Moreover, the Government anticipates presently producing two more rounds of voluminous discovery, and requires additional time to prepare and produce that material to the defense.

///

The parties further stipulate and agree that the time between January 30, 2024 and March 26, 2024 should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare, taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of justice served by granting the request outweigh the best interests of the public and the defendant in a speedy trial.

IT IS SO STIPULATED.

                                                        JODI H. LINKER
Federal Public Defender
Northern District of California

DATED: January 24, 2024                                        */s/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender

                                                        */s/ Anne Hsieh*
ANNE HSIEH
Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for January 30, 2024 be continued until March 26, 2024. For good cause shown, the Court further finds that failing to exclude the time between January 30, 2024 and March 26, 2024 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 30, 2024 and March 26, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED:

_____
THE HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE