UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL MINUTES

**Date:** October 1, 2024    **Time:** 9:02 – 9:06    **Judge:** BETH LABSON FREEMAN
**Total Time:** 4 Minutes

**Case No.**: 5:23-cr-00364-BLF-1    **Case Name:** UNITED STATES v. Karasev

**Attorney for Plaintiff:** Anne Hsieh
**Attorney for Defendant:** Dejan Gantar Appearing for Peter Karasev - P/C
**Defendant:** [X] Present   [ ] Not Present
**Defendant's Custodial Status:** [X] In Custody   [ ] Not in Custody

**Deputy Clerk:** Tiffany Salinas-Harwell         **Reported by:** Summer Fisher
**Interpreter:** N/A                              **Probation Officer:** N/A

PROCEEDINGS

**STATUS CONFERENCE**

**Status Conference held.**

**CASE CONTINUED TO: December 17, 2024, at 9:00 a.m. for Further Status Conference.**

---

**EXCLUDABLE DELAY**
Category:  Effective Preparation of Counsel
Begins:  10/1/2024
Ends:  12/17/2024

---

///

**P/NP:** Present, Not Present
**C/NC:** Custody, Not in Custody
**I:** Interpreter

Courtroom Deputy
Original E-Filed