|   |   |
|---|---|
| 1 | ISMAIL J. RAMSEY (CABN 189820)<br>United States Attorney |
| 2 | |
| 3 | MARTHA BOERSCH (CABN 126569)<br>Chief, Criminal Division |
| 4 | ANNE C. HSIEH (CABN 288159)<br>Assistant United States Attorney |
| 5 | |
| 6 | 150 Almaden Boulevard, Suite 900<br>San Jose, California 95113 |
| 7 | Telephone: (408) 535-0910<br>FAX: (408) 535-5081 |
| 8 | Anne.Hsieh@usdoj.gov |
| 9 | Attorneys for United States of America |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | NO. 23-CR-00364 BLF |
| Plaintiff, | ) | STIPULATION TO EXCLUDE TIME AND [~~PROPOSED~~] ORDER |
| v. | ) | |
| PETER KARASEV, | ) | |
| Defendant. | ) | |

It is hereby stipulated by and between counsel for the United States and counsel for the defendant Peter Karasev, that time be excluded under the Speedy Trial Act from October 1, 2024, through December 17, 2024.

At the status conference held on October 1, 2024, the Court set the next status conference for December 17, 2024 at 9:00 a.m., and the government and counsel for the defendant agreed that time should be excluded under the Speedy Trial Act so that defense counsel could continue to prepare, including by reviewing the discovery already produced, and the parties could continue to discuss a resolution in this case. For this reason and as further stated on the record at the status conference, the parties stipulate and agree that excluding time until December 17, 2024, will allow for the effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties further stipulate and agree that

the ends of justice served by excluding the time from October 1, 2024 through December 17, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

The undersigned Assistant United States Attorney certifies that she has obtained approval from counsel for the defendant to file this stipulation and proposed order.

IT IS SO STIPULATED.

DATED: October 2, 2024

/s/
ANNE C. HSIEH
Assistant United States Attorney

DATED: October 2, 2024

/s/
DEJAN GANTAR
Counsel for Defendant

## [PROPOSED] ORDER

Based upon the facts set forth in the stipulation of the parties and the representations made to the Court on October 1, 2024, and for good cause shown, the Court finds that failing to exclude the time from October 1, 2024 through December 17, 2024 would unreasonably deny defense counsel and the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h)(7)(B)(iv).  The Court further finds that the ends of justice served by excluding the time from October 1, 2024 to December 17, 2024 from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.  Therefore, and with the consent of the parties, IT IS HEREBY ORDERED that the time from October 1, 2024 to December 17, 2024 shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A), (B)(iv).

IT IS SO ORDERED.

DATED: October 3, 2024

HON. BETH LABSON FREEMAN
United States District Judge