JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Dejan_Gantar@fd.org

Counsel for Defendant KARASEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | **Case No.:** 23-CR-364 BLF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |
| v. | |
| PETER KARASEV, | |
| Defendant. | |

Defendant Peter Karasev, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Anne Hsieh, respectfully request that the status conference currently scheduled for December 17, 2024, be continued until January 21, 2025.

The parties make the instant request so that defense counsel may have additional time to review the voluminous discovery in this matter, and research and investigate the case, and for the parties to continue to discuss a possible resolution.

The parties further stipulate and agree that the time between December 17, 2024 and January 21, 2025, should be excluded from the period of time within which the defendant's trial must

1  commence pursuant to the Speedy Trial Act to allow counsel sufficient time to effectively prepare,
2  taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of
3  justice served by granting the request outweigh the best interests of the public and the defendant in a
4  speedy trial.
5        IT IS SO STIPULATED.

|  |  |
|---|---|
|  | JODI H. LINKER<br>Federal Public Defender<br>Northern District of California |
| DATED: December 10, 2024 | */s/ Dejan M. Gantar*<br>DEJAN M. GANTAR<br>Assistant Federal Public Defender |
|  | */s/ Anne Hsieh*<br>ANNE HSIEH<br>Assistant United States Attorney |

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for a good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for December 17, 2024, be continued until January 21, 2025. For good cause shown, the Court further finds that failing to exclude the time between December 17, 2024, and January 21, 2025 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between December 17, 2024, and January 21, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE