JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:    (408) 291-7399
Email:          Dejan_Gantar@fd.org

Counsel for Defendant KARASEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PETER KARASEV,<br><br>Defendant. | Case No.: 23-CR-364 BLF<br><br>**STIPULATION TO CONTINUE STATUS CONFERENCE; [PROPOSED] ORDER** |

Defendant Peter Karasev, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Anne Hsieh, respectfully request that the status conference currently scheduled for January 21, 2025 be continued until February 11, 2025.

The parties make the instant request so that they may have additional time to research and investigate the case, and continue working toward a potential resolution.

The parties further stipulate and agree that the time between January 21, 2025 and February 11, 2025 should be excluded from the period of time within which the defendant's trial must commence pursuant to the Speedy Trial Act in order to allow counsel sufficient time to effectively prepare,

1  taking into account the exercise of due diligence. Furthermore, the parties stipulate that the ends of
2  justice served by granting the request outweigh the best interests of the public and the defendant in a
3  speedy trial.
4      IT IS SO STIPULATED.

                                        JODI H. LINKER
                                        Federal Public Defender
                                        Northern District of California

DATED: January 16, 2025            */s/ Dejan M. Gantar*
                                        DEJAN M. GANTAR
                                        Assistant Federal Public Defender

                                        */s/ Anne Hsieh*
                                        ANNE HSIEH
                                        Assistant United States Attorney

*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

STIPULATION AND [PROPOSED] ORDER
*KARASEV*, 23-CR-364 BLF

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the Court HEREBY ORDERS that the status conference currently scheduled for January 21, 2025 be continued until February 11, 2025. For good cause shown, the Court further finds that failing to exclude the time between January 21, 2025, and February 11, 2025 would deny counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and that the ends of justice served by excluding that time from computation under the Speedy Trial Act outweigh the best interests of the public and the defendant in a speedy trial.

Therefore, IT IS HEREBY FURTHER ORDERED that the time between January 21, 2025, and February 11, 2025, shall be excluded from computation under the Speedy Trial Act. 18 U.S.C. § 3161(h)(7)(A) and (B)(iv).

**IT IS SO ORDERED.**

DATED: _____

                                      THE HONORABLE BETH L. FREEMAN
                                      UNITED STATES DISTRICT JUDGE