JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:   (408) 291-7753
Facsimile:   (408) 291-7399
Email:       Dejan_Gantar@fd.org

Counsel for Defendant KARASEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | Case No.: 23-CR-364 BLF |
|---|---|
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; [PROPOSED] ORDER** |
| v. | |
| PETER KARASEV, | |
| Defendant. | |

Defendant Peter Karasev, represented by AFPD Dejan M. Gantar, and the Government, represented by AUSA Anne Hsieh, respectfully request that the sentencing hearing currently scheduled for August 26, 2025 be continued until November 4, 2025.

The parties make this request to permit the defense additional time to prepare mitigation materials on behalf of Mr. Karasev in advance of sentencing.

Counsel has conferred with the assigned USPO, Melissa Moy, who has no objection to this request, and is available on the requested date.

IT IS SO STIPULATED.

                                                JODI H. LINKER
Federal Public Defender
Northern District of California

DATED: July 30, 2025                      */s/ Dejan M. Gantar*
DEJAN M. GANTAR
Assistant Federal Public Defender

                                                */s/ Anne Hsieh*
ANNE HSIEH
Assistant United States Attorney

\*The filing attorney certifies that he has received written authorization to file this Stipulation and [Proposed] Order on behalf of the non-filing attorney.

**[PROPOSED] ORDER**

Pursuant to the parties' stipulation, and for a good cause shown, the Court HEREBY ORDERS that the sentencing hearing currently scheduled for August 26, 2025 be continued until November 4, 2025.

**IT IS SO ORDERED.**

DATED: _____

THE HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE