JODI H. LINKER
Federal Public Defender
Northern District of California
DEJAN M. GANTAR
Assistant Federal Public Defender
8th Floor - Suite 820
55 South Market Street
San Jose, CA 95113
Telephone:  (408) 291-7753
Facsimile:  (408) 291-7399
Email:    Dejan_Gantar@fd.org

Counsel for Defendant KARASEV

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 23-CR-364 BLF |
| Plaintiff, | **DEFENDANT'S UNOPPOSED MOTION TO CONTINUE SENTENCING; [PROPOSED] ORDER** |
| v. | |
| PETER KARASEV, | |
| Defendant. | |

    Defendant Peter Karasev, by and through counsel, hereby respectfully submits this Unopposed Motion to Continue the sentencing hearing currently scheduled for November 4, 2025, until December 16, 2025.

    Undersigned defense counsel has conferred with Probation and the Government. Neither party opposes this motion.

    Probation has disclosed the final PSR to the parties. Defense counsel requires additional time to review the PSR with Mr. Karasev and to prepare for sentencing. Accordingly, the defense brings this

////

unopposed motion, and respectfully requests the Court order sentencing in this matter continued until December 16, 2025.

|  |  |
|---|---|
|  | JODI H. LINKER<br>Federal Public Defender<br>Northern District of California |
| DATED: October 23, 2025 | */s/ Dejan M. Gantar*<br>DEJAN M. GANTAR<br>Assistant Federal Public Defender |

**[~~PROPOSED~~] ORDER**

Pursuant to the Defendant's Unopposed Motion to Continue Sentencing, and for a good cause shown, the Court HEREBY ORDERS that the sentencing hearing currently scheduled for November 4, 2025 be continued until December 16, 2025.

**IT IS SO ORDERED.**

DATED:  October 24, 2025

_____
THE HONORABLE BETH L. FREEMAN
UNITED STATES DISTRICT JUDGE