# Exhibit B

August 10, 2025

Your Honor,

This is a letter of testimony on behalf of our son, Peter Karasev, who is expecting sentencing for the crimes he committed in California. As it happens, we have been married for 41 years by now, and Peter lived with us for 18 of those years after he was born and until he graduated from high school and moved to college. After getting his undergraduate degree in computer engineering, he continued his professional education earning a Ph.D. degree in computer science in 2013. He held a series of computer-related jobs in several IT companies in California and in Georgia until early 2023 when he was arrested.

We have been communicating with Peter after he left home for college, through phone, e-mails, and periodic visits. After he and his family moved to California in 2018, we visited them on a regular basis, first at their apartment in Mountain View and later at their house in San Jose. His family also visited us on a few occasions, although it became more difficult and less frequent as the number of kids grew. During these visits we observed Peter as a parent caring for his children and providing a living for his entire family. The news about him committing the crimes came as a shock to both of us and was very hard to swallow.

While we do not condone his criminal behavior, we think it must be out of his character. He spent almost nine years completing his education in the same profession, computer science, reaching a terminal Ph.D. degree. To get through this requires perseverance and concerted efforts. During his undergraduate years he was enrolled in a cooperative program, where he studied for one semester and then worked in a computer company the next semester, alternating between study and work until graduation.

Our observations over the years convince us that Peter was a productive member of the society, contributing to the IT industry, and a caring parent to his kids. Given his education, skills, and relatively young age, we believe he may continue to be a productive member of society, as well as a provider to his children. Our hope is that the sentencing will take all these circumstances into consideration.

Respectfully,

*A. Karasev*

Alexander Karasev
Father

Olga Nikolaeva           *O. Nikolaeva*
Mother

Mara Underwood

██████████████████

Midland City, AL 36350

██████████

██████████████████

09.08.2025

To Whom It May Concern:

My name is Mara Underwood, and I am writing this letter as a character witness on behalf of Peter Karasev. I am the mother of one of his children, and we have known each other since 2014. While our romantic relationship did not last, we have always maintained a respectful and cooperative partnership for the sake of our child.

From the beginning of our co-parenting relationship, Peter has consistently demonstrated reliability, responsibility, and emotional stability. We were able to draft our own custody and child support agreement without conflict, and there was never any animosity or legal disputes between us. He has always been level-headed and thoughtful, even during times of transition and stress.

Peter has remained actively involved in our child's life. He visited multiple times a year(or vice versa, maintained regular contact, and took an interest in the day-to-day of parenting even though we were 3000 miles away. On our visits, he would take the reign on activities and outings and always made sure our child felt safe and happy.

However, during our last visit, I observed a noticeable change in Peter's behavior that deeply concerned me. He was not acting like himself — he was withdrawn, disoriented, and displayed unusual patterns such as staying up all night and sleeping throughout the day. His energy and demeanor were drastically different from the stable and attentive person I have known for over a decade. These changes were alarming and felt completely out of character for him.

Based on the years I have known Peter, I firmly believe that what occurred was the result of a mental health crisis or break. This behavior does not reflect who Peter truly is, nor the way he has conducted himself as a parent, partner in co-parenting, or person. He has always been a kind, intelligent, and responsible individual, and I believe that with the right support

and treatment, he can return to society and be a productive, contributing citizen.

Thank you for taking the time to read my statement. I am available to provide further clarification or testify if needed.

Sincerely,

Mara Underwood

Daniel Greidinger

██████████

Tucker, GA 30084

████████

The Honorable Beth L. Freeman
United States District Court
Northern District of California

Dear Judge Freeman,

I'm writing to share my perspective on my close friend Peter Karasev, whom I've known for nearly ten years. We first met when he recruited me to a startup job in Atlanta, and over the years our professional relationship quickly turned into a strong personal friendship. When that startup became toxic Peter brought me along to his next company where we remained coworkers. Not out of obligation, but because of who he is as a person: loyal, supportive, and always willing to lend a hand.

Peter has had a profound impact on my life, not just professionally but personally. I'm married to my wife of five years because of advice Peter gave me during a time of uncertainty. The thoughtful, grounded advice helped me move forward. That example captures who Peter is at his core: someone who looks out for others and wants the people in his life to thrive.

He's also one of the smartest people I know. He earned his Ph.D. from Georgia Tech and has an extraordinary capacity for problem-solving. But that same drive to fix things by himself, the "do-it-yourself" mindset that served him well in technical contexts, also became a liability. When he lost access to his prescription Adderall, instead of seeking help, Peter tried to solve the problem by using illegal drugs and potentially even attempting to make his own. The resulting deterioration of his mental health set off a tragic chain of events that led to his upcoming sentencing before this court.

There's no question in my mind that what happened was out of character for Peter. His circumstances had resulted in a perfect storm: the stress of a high-pressure job, relocation away from his support network, and isolation during the COVID-19 pandemic. On top of that, he was emotionally shaken by the war between Russia and Ukraine, a conflict that impacted him personally as he has family in both countries. He shared this detail during the police investigation, and while I believe it played a real role in his emotional state at the time, I want to be clear that Peter does not and has never subscribed to any hostile or extremist ideologies. In his state, he may also have become consumed by certain television

programming, and his actions ultimately mirrored scenarios from one such show. To me this reflects just how far his untreated condition had progressed.

That said, even in that degraded state, Peter performed the acts late at night with a low likelihood of bystanders being present. While this in no way diminishes the impact of his actions, it does show moral awareness, in my opinion. Thankfully no individuals were injured or worse.

Peter has expressed real remorse to me. He knows what he did could have led to devastating consequences. He's not minimizing what happened. He wants to make amends, serve his time productively, and return to his family and community with a renewed purpose. He's talked about returning to software development which I think makes sense. It is a way to build something meaningful again. I'm fully supportive of that and will do everything in my power to help him succeed. I'd be proud to work with him again, and I believe that with the right treatment, structure, and support, Peter can absolutely get back to being a contributing member of society.

I strongly believe that his offenses were the result of a mental health crisis compounded by difficult external circumstances. They were not performed from a place of malice or intent to harm. With continued access to appropriate medication, mental health care, and the support of his family and friends ideally here in Georgia, I am confident Peter will not repeat this kind of behavior. I remain committed to helping him stay grounded and connected going forward.

Thank you for your time and consideration.


Sincerely,

Daniel Greidinger

08/14/2025
Christian Potthast, Ph.D.

RE: **Support Letter for Peter Karasev**


Honorable Judge Freeman,

My name is Dr. Christian Potthast, and I am currently a Senior Engineering Manager at Woven by Toyota, a subsidiary of Toyota Motor Company. My team and I work on software components for autonomous driving and advanced driver-assistance systems at the intersection of state-of-the-art research and production development.

I have known Peter in a professional setting since April 2018, when we both worked at Toyota Research Institute (TRI) as software engineers on perception systems for autonomous driving applications. From roughly August 2020 through August 2022, I served as Peter's direct manager while he worked on my team, both at TRI and at Woven by Toyota. During that time, I came to know him very well professionally and, on occasion, gained insight into his personal life. He left Woven by Toyota in August 2022, at which point I lost contact with him.

In our professional interactions, Peter is a highly intelligent and accomplished researcher in computer science and a subject matter expert in robotics. He stood out as an excellent software engineer and was highly regarded within the team for his contributions. Peter consistently demonstrated strong collaboration with other teams and fostered a collegial and supportive environment. To his peers, he was a trusted source of knowledge, valued for his ability to get things done, and always willing to help with questions from colleagues. I have personally witnessed him go out of his way to support others, often setting aside his own work to assist someone in need. His colleagues described him as "supportive," "a very good problem solver," and "a quick learner." He was a driven and highly productive member of my team who cared deeply about our mission to reduce fatal traffic accidents.

From our one-on-one conversations, I know that the COVID-19 pandemic was a particularly difficult period for Peter, adding to the already stressful and demanding nature of working as a software engineer, especially in Silicon Valley. He shared feelings of isolation while working from home and struggled to maintain productivity amid the challenges of parenting young children during lockdowns. His son experienced difficulties at daycare, which caused significant stress and anxiety. Additionally, Peter carried the responsibility of being the sole provider for his family, placing further strain on him, particularly given the high childcare costs in the Bay Area.

When I first learned about this case, I was surprised by Peter's actions and the surrounding circumstances. To me, they seemed completely out of character and did not reflect the conduct I witnessed in my day-to-day interactions with him. In the years I worked with Peter, he consistently demonstrated professional integrity, kindness toward his colleagues, a strong sense of responsibility, and a genuine desire to contribute positively to society. I hope Peter uses this time to reflect on his lapse in judgment and to consider his actions and his life moving forward. I strongly believe that Peter has the intelligence, skills, and good character necessary to rebuild his life and once again become a productive member of society after these proceedings are concluded. I wish him all the best.


Respectfully,
 Dr. Christian Potthast